**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00179-CR

### MARK ANTHONY SPEERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-27999-M**

## ORDER

The Court **REINSTATES** the appeal.

On August 1, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested that she be given until October 31, 2014 to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court to file the complete reporter's record, including all exhibits, by **OCTOBER 31, 2014**. Because

the record is already more than three months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE